

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00362-CV

_____

BARBARA DIXON, Appellant

V.

TRANSPORT AMERICA AND HIRERIGHT, LLC, Appellees

On Appeal

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

In this attempted appeal, pro se appellant Barbara Dixon filed a defective notice of appeal. Specifically, it did not contain the following:

- The identity of the trial court and the case's trial court number and style;

- The date of the judgment or order appealed from;

- A statement that the party desires to appeal;

- The name of the court to which the appeal is taken;

- The name of each party filing the notice;

- A verification of the statements contained in the notice of appeal if the appellant does not have counsel;

- A statement, if applicable, that the appellant is presumed indigent and may proceed without advance payment of costs as provided in Rule 20.1; and

- Service of the notice of appeal on all parties to the trial court's final judgment or, in an interlocutory appeal, on all parties to the trial court proceeding.

*See* Tex. R. App. P. 25.1(d), (e).[1]

On October 3, 2023, and October 27, 2023, we notified Dixon of the deficiencies in her notice of appeal and directed her to file an amended notice of appeal containing the required contents. *See* Tex. R. App. P. 25.1(g), 37.1. We advised Dixon that if she failed to file the amended notice of appeal in the trial court by November 6, 2023, we would dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 44.3. We have not received any response.

---

[1]Additionally, Dixon failed to provide this court with a copy of the judgment or order from which she attempts to appeal.

Because Dixon did not file an amended notice of appeal as required by the Rules of Appellate Procedure and as directed by the clerk of this court, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Per Curiam

Delivered: November 22, 2023